IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HANCOCK BANK,

    Plaintiff,

v.                                   CASE NO. 4:13cv683-RH/CAS

HURLEY H. BOOTH, JR. et al.,

    Defendants.

_____/

## ORDER OF DISQUALIFICATION

I disqualify myself from handling this case.

SO ORDERED on March 5, 2014.

                                              s/Robert L. Hinkle
                                              United States District Judge