UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HANCOCK BANK, a Mississippi banking
corporation,

    Plaintiff,

v.                                                      4:13cv683-WS

HURLEY H. BOOTH, JR., an individual,
et al.,

    Defendants.

_____

O R D E R

In filing this foreclosure action, the plaintiff has invoked this court's diversity jurisdiction without adequately alleging facts to support that jurisdiction.

For purposes of diversity jurisdiction, a limited liability company is a citizen of each state of which a member of the company is a citizen.  Accordingly, to sufficiently allege diversity jurisdiction in a case involving a limited liability company, a plaintiff must list the citizenships of all members of the limited liability company.  <u>Rolling Greens MHP, L.P. v. Comcast Sch. Holdings LLC</u>, 374 F.3d 1020, 1022 (11th Cir. 2004).  The plaintiff has alleged no such thing in this case.

Because the plaintiff's allegations are insufficient to establish that the court has diversity jurisdiction over the action, it is ORDERED:

1. The plaintiff shall have until March 21, 2014, to amend its complaint to adequately allege, if it can properly do so, that diversity jurisdiction over this action lies in this court.

2. If the plaintiff fails to file an amended complaint within the time permitted, the case will be dismissed for lack of jurisdiction.

DONE AND ORDERED this ___6th___ day of ___March___, 2014.


                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE