UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HANCOCK BANK, a Mississippi banking
corporation,

     Plaintiff,

v.                                      4:13cv683-WS

HURLEY H. BOOTH, JR., an individual,
et al.,

     Defendants.

_____

ORDER GRANTING PLAINTIFF'S MOTION FOR
EXTENSION OF TIME

Before the court are the plaintiff's motion (doc. 21) and amended motion

(doc. 22) for extension of time to file its amended complaint.  The court having

reviewed the motions, it is ORDERED:

1.  The plaintiff's motions (doc. 21 & 22) for extension of time are

GRANTED.

2.  The plaintiff shall have up to and including April 4, 2014, to file its

amended complaint.

DONE AND ORDERED this   26th   day of     March   , 2014.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE