UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HANCOCK BANK, a Mississippi banking
corporation,

    Plaintiff,

v.                                                        4:13cv683-WS

HURLEY H. BOOTH, JR., an individual,
et al.,

    Defendants.

_____

## ORDER OF DISMISSAL

The parties of record having filed a joint stipulation of dismissal without prejudice, it is ORDERED:

The clerk shall enter judgment of dismissal stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this __7th__ day of __April__, 2014.

                                            s/ William Stafford
                                            WILLIAM STAFFORD
                                            SENIOR UNITED STATES DISTRICT JUDGE